**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 3, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00423-CV

## IN RE WILMA REYNOLDS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170**

## MEMORANDUM OPINION

On June 2, 2014, relator Wilma Reynolds filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable C.G. "Trey" Dibrell, visiting judge of the 300th District Court of Brazoria County, to vacate his April 22, 2014 order granting non-party Mark Hansen's motion for

protection from the January 29, 2014 subpoena and ordering relator to pay his attorney's fees incurred in responding to the subpoena.

Relator has not shown her entitlement to relief. Accordingly, we deny relator's petition for writ of mandamus and also deny relator's related motion for emergency stay.

PER CURIAM

Panel Consists of Justices Christopher, Jamison, and McCally.